**B1 (Official Form 1) (4/10)**

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF TEXAS<br>DALLAS DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Shores Properties, L.P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **02-0580113** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**2600 Champion Drive**<br>**Rockwall, TX**<br>ZIP CODE **75087** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Rockwall** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**11512 El Camino Real**<br>**Suite 120**<br>**San Diego, CA**<br>ZIP CODE **92130** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontigent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.62.2, ID 1141848589)*

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Shores Properties, L.P.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X_____<br>    Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2010 (Build 9.0.62.2, ID 1141848589)*

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **Shores Properties, L.P.** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**_____<br><br>**X**_____<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X**_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>**X** /s/ Arthur Ungerman<br>   Arthur Ungerman     Bar No. **20391000**<br><br>Joyce W. Lindauer<br>8140 Walnut Hill Lane<br>Suite 301<br>Dallas, TX 75231<br><br>Phone No. **(972) 503-4033**    Fax No. **(972) 503-4034**<br><br>07/12/2010<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**Shores Properties, L.P.**<br><br>**X** /s/ Jeff Silverstein<br>Signature of Authorized Individual<br><br>**Jeff Silverstein**<br>Printed Name of Authorized Individual<br><br>**President**<br>Title of Authorized Individual<br><br>**07/12/2010**<br>Date | Address<br>**X**_____<br><br>_____<br>Date<br><br>Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Shores Properties, L.P.**                                   Case No.

                                                                       Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Double Creeks<br>The Golf Club at Twin Creeks<br>501 Twin Creeks Drive<br>Allen, TX 75013 | | Business debt | *Disputed* | **$988,247.00** |
| Highland Creek Golf Club<br>7101 Hiighland Creek Parkway<br>Charlotte, NC 28269 | | Business debt | *Disputed* | **$682,820.00** |
| Oakridge County Club<br>2800 Diamond Oaks Drive<br>Garland, TX 75044 | | Business debt | *Disputed* | **$198,395.00** |
| Textron Financial<br>Dept. AT 40219<br>Atlanta, GA 31192-0219 | | Business debt | | **$197,061.56**<br>**Value: $0.00** |
| Premier Communities Management Co.<br>3102 Oak Lawn Avenue<br>Suite 202<br>Dallas, TX 75219 | | Business debt | | **$196,068.19**<br>**Value: $0.00** |
| IRI Golf Management<br>11512 El Camino Real<br>Suite 120<br>San Diego, CA 92130 | | Business debt | *Disputed* | **$167,020.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Shores Properties, L.P.**                    Case No.

                                                      Chapter    **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Hillcrest Bank<br>5800 E. Bannister Road<br>Suite 125<br>Kansas City, MO 63134 | | Business debt | | $3,957,332.09<br>**Value: $3,799,630.00** |
| IRI Sabino Springs<br>9777 E. SAbino Greens Drive<br>Tucson, AZ 85749 | | Business debt | *Disputed* | $148,741.00 |
| Centurion Financial<br>1250 4th St.<br>Suite 550<br>Santa Monica, CA 90401 | | Business debt | | $126,000.00<br>**Value: $0.00** |
| Textron Financial Corp.<br>Dept. AT 40219<br>Atlanta, GA 31192-0219 | | Business debt | | $106,563.31<br>**Value: $0.00** |
| Jeff Silverstein<br>11512 El Camino Real<br>Suite 120<br>San Diego, CA 92130 | | Business debt | | $70,851.00<br>**Value: $0.00** |
| Raven at South Mountain<br>3636 E. Baseline Road<br>Phoenix, AZ 85042 | | Business debt | | $70,570.00 |
| VGM Financial Lease<br>1111 West San Marnan Drive<br>Waterloo, IA 50701 | | Business debt | | $68,890.00<br>**Value: $0.00** |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:  **Shores Properties, L.P.**                              Case No.

                                                                 Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Gordon & Rees, LLP<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111 | | Unsecured Debt | *Disputed* | $62,195.42 |
| Sun Willows Golf Course<br>2535 N. 20th Avenue<br>Pasco, WA 99301 | | Business debt | *Disputed* | $61,935.00 |
| Merchant Advance Funding<br>220 5th Avenue, Suite 400<br>New York, NY 10001 | | Unsecured Debt | *Disputed* | $61,692.14 |
| IRI Golf Group Management<br>11512 El Camino Real, Suite 120<br>San Diego, CA 92130 | | Unsecured Debt | *Disputed* | $55,590.05 |
| Internal Revenue Service<br>PO Box 105273<br>Atlanta, GA 30348-5273 | | Taxes | | $48,092.00 |
| Regal Chemical Co., Inc.<br>PO Box 403368<br>Atlanta, GA 30384-3368 | | Unsecured Debt | | $46,473.57 |
| Real Estate Tax Consultants<br>3325 Silverstone Drive<br>Plano, TX 75023 | | Unsecured Debt | *Disputed* | $33,096.44 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Shores Properties, L.P.**                                                                 Case No.

Chapter   **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Partnership**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: __**07/12/2010**_____        Signature: __/s/ Jeff Silverstein_____
                                                                                                *Jeff Silverstein*
                                                                                                **President**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE:   **Shores Properties, L.P.**                              CASE NO

                                                                                  CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  07/12/2010                                   Signature  /s/ Jeff Silverstein
                                                                        *Jeff Silverstein*
                                                                        *President*

Date  _____            Signature  _____

```
49ER Country Club
12000 E Tanque Vede Rd.
Tucson, AZ 85749




Accuproducts Intl'l Food
7836 Bethel Church Road
Daline, MI 48176




Addison Law Firm
14901 Quorum Drive, Suite 650
Dallas, TX 75240




Admiral Linen & Uniform Service
1340 E. Berry Street
Fort Worth, TX 76119




Ahead
2770 Samuel barnet Blvd.
New Bedford, MA 02745




Allied Waste 15876
1450 E. Cleveland Road
Hutchins, TX 75141




ASCAP
21678 Network Pl.
Chicago, IL 60673-1216




AT&T
ATT Business Billing
14575 Presidio
Houston, TX 77083




Atmos Energy
PO Box 78108
Phoenix, AZ 85062-8108
```

```
Attorney General of Texas
Bankruptcy Division
P O Box 12548
Austin, TX 78711-2548


Canda Hills Golf Club
1401 Calle Urbano
Green Valley, AZ 85622


Cbeyond Communications
320 Interstate North Parkway SE
Suite 300
Atlanta, GA 30339


Centurion Financial
1250 4th St.
Suite 550
Santa Monica, CA 90401


Charter Communications
920 Whitmore
Rockwall, TX 75087


City of Dallas
City Hall, 1AN
Dallas, TX 75277


City of Rockwall
Attn:  Julie Couch
385 South Goliad St.
Rockwall, TX 75087


City of Rockwall Health Department
385 S Goliad
Rockwall, TX 75087


City of Rockwall Lease Payments
108 E Washington
Rockwall, TX 75087
```

```
Cleveland Golf
PO Box 7270
Newport Beach, CA 92658-7270



Comptroller of Public Accts
Rev Acct Div/Bankruptcy Sec
PO Box 13528
Austin, TX 78711



CT Corporation System
1250 Fourth Street #550
Santa Monica, CA 90401



Dallas Athletic Club
PO Box 570808
Dallas, TX 75357



Dallas Security Systems Inc.
10731 Rockwall Road
Dallas, TX 75238



Double Creeks
The Golf Club at Twin Creeks
501 Twin Creeks Drive
Allen, TX 75013



Ecolab
PO Box 70343
Chicago, IL 60673-0343



Edward White & Co LLP
21700 Oxnard Street, Suite 400
Woodland Hills, CA 91367



EZ GO Division of Textron
26007 Network Place
Chicago, IL 60673-1260
```

```
Forefront
PO Box 640870
Cincinnati, OH 45264-0870



Golf Design Scorecards Unlimited
670 Lakeview Plaza, Suite N
Worthington, OH 43085



Golf Ventures West
2126 E Edgewood Drive, Suite 3
Lakeland, FL 33803



Golfnet
5 Dowd Circle, Suite B
Pinehurst, NC 28374



Gordon & Rees, LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111



Helaine Silverstein
3135 Via Pasada Del Norte
Rancho Santa Fe, CA 92067



Highland Creek Golf Club
7101 Hiighland Creek Parkway
Charlotte, NC 28269



Hillcrest Bank
5800 E. Bannister Road
Suite 125
Kansas City, MO 63134


Hillcrest Bank
11111 West 95th St.
Overland Park, KS 66214
```

```
Hudson Energy
Lockbox 841812
1950 N. Stemmons Freeway
Dallas, TX 75207


Idea Art
PO Box 2933
Colorado Springs, CO 80901


Info-Hold, Inc.
4120 Airport Road
Cincinnati, OH 45226


Integrated Business Systems, Inc.
12201 Gayton Road, Suite 100
Richmond, VA 23238


Internal Revenue Service
PO Box 105273
Atlanta, GA 30348-5273


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


IRI Golf Group Management
11512 El Camino Real, Suite 120
San Diego, CA 92130


IRI Golf Management
11512 El Camino Real
Suite 120
San Diego, CA 92130
```

```
IRI Sabino Springs
9777 E. SAbino Greens Drive
Tucson, AZ 85749



ISI Commercial Refrigeration
PO Box 569060
Dallas, TX 75356-9060



ISI Commercial Refrigeration, LP
PO Box 569060
Dallas, TX 75356-9060



Jeff Silverstein
11512 El Camino Real
Suite 120
San Diego, CA 92130


Lakeview Power
3902 Lakeview Parkway
Rowlett, TX 75088



Letco
1520 E I-30
Rockwall, TX 75087



Liquid Environment Solutions
11301 Newkirk Street
Dallas, TX 75229-3202



Mantek
PO Box 971269
Dallas, TX 75398-1269



Martin Preferred Foods
PO box 4346, Dept 170
Houston, TX 77210-4346
```

Merchant Advance Funding
220 5th Avenue, Suite 400
New York, NY 10001


Metro Linen Company
PO Box 978
McKinney, TX 75070


Neese Material
21146 Metwork Place
Chicago, IL 60673


Netbank Businesws Finance
1919 South Shiloh Road #312
LB 2
Garland, TX 75042


Nike USA, Inc.
PO Box 847648
Dallas, TX 75284.7648


Oakridge County Club
2800 Diamond Oaks Drive
Garland, TX 75044


Orbit Enterprises, Inc.
13024 Beverly Park Road #102
Mukilteo, WA 98275


PFG/NAT City-LWNMWR#533650004
995 Dalton Avenue
Cincinnati, OH 45203


Poolside Service and Repair
2115 Crestlake Drive
Rockwall, TX 75087

```
Premier Communities Management Co.
3102 Oak Lawn Avenue
Suite 202
Dallas, TX 75219


Professional Backflow Testing
5068 Avery Lane
The Colony, TX 75087


Raven at South Mountain
3636 E. Baseline Road
Phoenix, AZ 85042


Real Estate Tax Consultants
3325 Silverstone Drive
Plano, TX 75023


Regal Chemical Co., Inc.
PO Box 403368
Atlanta, GA 30384-3368


Rockwall Central - Pers. Prop. Tax
Rockwall County Tax Office
101 S. Fannin
Rockwall, TX 75087


San Ignacio Golf Club
4201 S. Camino Del Sol
Green Valley, AZ 85622


Sherwin Williams Co
2007 South Goliad Street
Rockwall, TX 75087


Skybrook Golf Club
14720 Northgreen Drive
Huntersville, NC 28078
```

```
Source Data Solutions
4425 W Airport Freeway, Suite 550
Irving, TX 75062




State Comptroller
PO Box 149348
Austin, TX 78714-9348




Sun Willows Golf Course
2535 N. 20th Avenue
Pasco, WA 99301




Sysco Food Services of Dallas
PO Box 560700
Attn: Brian
Lewisville, TX 75056-0700




Technical Consulting Resources
3401 Cuter Road, Suite 133
Plano, TX 75023




Terminix
2540 Plano Parkway, Suite 126B
Plano, TX 75074




Texas Land Finance Company II
4201 Spring Valley Road #1102
Dallas, TX 75244




Texas Refinery corp
PO Box 711
Ft Worth, TX 76101




Texas Workforce Commission
101 E. 15th St.
Austin, TX 78778
```

Textron Financial
Dept. AT 40219
Atlanta, GA 31192-0219


Textron Financial Corp.
Dept. AT 40219
Atlanta, GA 31192-0219


Textron Financial EZ GO
Dept. AT 40219
Atlanta, GA 31192-0219


Textron Financial/EZ-Go Textron
1451 Marvin Griffin Road
Augusta, GA 30906


The Divide Golf Club
6803 Stevens Mill Road
Matthews, NC
28104


The Shores on Lake Ray Hubbard
Owners Association, Inc.
c/o Hillwood Shores, LP
17480 Dallas Parkway, Ste. 200
Dallas, TX 75287

Trout Plumbing
PO Box 816
Royse City, TX 75189


Twin Creeks
501 Twin Creeks Drive
Allen, TX 75013


U. S. Attorney
Main & Justice Bldg.
10th & Pennsylvania NW
Washington, DC 20530

```
U. S. Trustee's Office
1100 Commerce Street
Room 976
Dallas, TX 75242


Unicard
5340 Alpha Road
Dallas, TX 75240


United Parcel Service 8E8E76
Lockbox 577
Carol Stream, IL 60132-0577


VGM Financial Lease
1111 West San Marnan Drive
Waterloo, IA 50701


Viteconline
PO Box 678287
Dallas, TX 75267


Waterbourne Pumps
PO Box 922
Rockwall, TX 75087


WeScanIDs
4425 W Airport Freeway, Suite 550
Irving, TX 75062


Wittek Golf Supply
3865 Commercial Avenue
Northbrook, IL 60062
```