In re **Shores Properties, L.P.**                          Case No. __**10-34904**__

(if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 2600 Champion Drive, Rockwall, Texas 75087<br>Golf Course $1,525,000.00<br>Clubhouse $2,456,796.00<br>Misc. building $35,869.00<br>Tennis court $18,731.00 | Real Property | | $4,039,396.00 | $4,078,295.06 |
| | | Total: | **$4,039,396.00** | |

(Report also on Summary of Schedules)

In re  **Shores Properties, L.P.**                               Case No.  **10-34904** _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash in register | | $500.00 |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | | Chase Bank<br>"The Shores Golf Club" operating checking account #811755297 | | $601.22 |
| | | Chase Bank<br>"The Shores Golf Club" payroll account #811755305 | | $594.86 |
| | | Chase Bank<br>"The Shores Golf Club Beverage Holding" account #842363616 | | $617.88 |
| | | Chase Bank<br>"The Shores Golf Club" account #842363608 | | $350.00 |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |

In re  **Shores Properties, L.P.**                                    Case No.   **10-34904** _____

                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Golf membership dues (of which 76% is uncollectible) | | $86,766.09 |

In re  **Shores Properties, L.P.**                                    Case No.    __10-34904_____
                                                                                  (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Liquor license | | Unknown |

In re **Shores Properties, L.P.**                                    Case No.  **10-34904** _____
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Maintenance Equipment: <br> 1□Aerifier $6500.00 <br> 1□Air Compressor $250.00 <br> □Blower $3300.72 <br> 1□Bunker Rake $11431.00 <br> □Cart Path Edger <br> 2□Chairs/Desk $175 <br> □Computer/Printer <br> 1□Cup Cutters $100.00 <br> 2□Deck Mower $16600.00 <br> 2□Fairway Mower $12025.00 <br> □Fly Mow <br> 3□Greens Mower $17000.00 <br> □Greens Rollers $1200.00 <br> 1□Greens Spiker $250.00 <br> □Hand Edger $220.00 <br> □Hedgetrimmers <br> □Pressure Washer <br> □Radio/Walkietalkie <br> □Reels <br> □Rotary Broom | $272,970.08 |

In re  **Shores Properties, L.P.**                                    Case No.  **10-34904** _____

                                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1☐Rotary Deck $10868.00 | | |
| | | ☐Slope mower $6900.00 | | |
| | | ☐Sod Cutters $1000.00 | | |
| | | ☐Spray Boom | | |
| | | 1☐Spray Tank $122665.36 | | |
| | | ☐Spreader $1500.00 | | |
| | | ☐Sweeper | | |
| | | ☐Table | | |
| | | 1☐Time Clock $150.00 | | |
| | | ☐Top Dresser/Spreader | | |
| | | 1☐Tractor $4000.00 | | |
| | | ☐Trash Pump | | |
| | | 4☐Utility Vehicle $18800.00 | | |
| | | 2☐Weed Wacker $250.00 | | |
| | | ☐Wet n Dry Vac | | |
| | | Clubhouse Equipment: | | |
| | | ☐Computer | | |
| | | ☐Printer | | |
| | | 2☐Fax $100.00 | | |
| | | 1☐Copy Machine | | |
| | | ☐Chairs/Tables | | |
| | | ☐Postage Meter $1200.00 | | |
| | | 1☐Timeclock $125.00 | | |
| | | ☐Phones | | |
| | | ☐TV | | |
| | | ☐stereo | | |
| | | ☐VCR/DVD | | |
| | | ☐Audio/Visual Eqipment | | |
| | | Golf Shop Equipment/Furnishings: | | |
| | | ☐Buffer | | |
| | | 1☐Cash Drawers $150.00 | | |
| | | 2☐Computer $325.00 | | |
| | | 1☐Credit Card Machine $0.00 | | |
| | | ☐Fax | | |
| | | 5☐Fixtures $650.00 | | |
| | | 1☐GPS/ Handicap Computer $0.00 | | |
| | | 3☐Monitors $50.00 | | |
| | | 5☐Phone $0.00 | | |

In re **Shores Properties, L.P.**                    Case No.  <u>**10-34904**</u> _____
                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1☐Printer $110.00 | | |
| | | 4☐Radio/Walkie-talkie $0.00 | | |
| | | 1☐Safe $350.00 | | |
| | | ☐Satellite Recievers | | |
| | | ☐Shoe Shine Equipment | | |
| | | ☐Steamer | | |
| | | ☐Stereo Equipment | | |
| | | 1☐Televisions $50.00 | | |
| | | ☐VCR | | |
| | | Office Storage: | | |
| | | 5☐Chairs $150.00 | | |
| | | ☐Computer Hardware | | |
| | | ☐Computer with Monitor | | |
| | | 6☐File Cabinet $500.00 | | |
| | | 2☐Fire Extinquisher | | |
| | | 3☐Phones $0.00 | | |
| | | 1☐Printer $125.00 | | |
| | | ☐Safe | | |
| | | ☐Steamer | | |
| | | ☐Stereo Equipment | | |
| | | 3☐Tables $250.00 | | |
| | | 3☐Work Stations $0.00 | | |
| | | 2☐Monitors $125.00 | | |
| | | Kitchen Equipment: | | |
| | | 1☐Charbroiler $1900.00 | | |
| | | ☐Computer | | |
| | | ☐Convection Oven | | |
| | | 1☐Dishwasher | | |
| | | ☐File Cabinet | | |
| | | 2☐Fire Extinguisher | | |
| | | 2☐Fryer $800.00 | | |
| | | 1☐Hood $3500.00 | | |
| | | 1☐Oven/Range $1100.00 | | |
| | | 1☐Phone $0.00 | | |
| | | ☐Plate Dispenser | | |
| | | 1☐Prep Sink $500.00 | | |
| | | 1☐Prep Table $500.00 | | |
| | | ☐Printer - Receipt | | |

In re  **Shores Properties, L.P.**                                    Case No.  **10-34904** _____

                                                                                  (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1 ☐ Refrigeration Unit $1500.00 | | |
| | | ☐ Safe | | |
| | | ☐ Salamander | | |
| | | 1 ☐ Sandwich Unit $0.00 | | |
| | | ☐ Shelves | | |
| | | 3 ☐ Sink $2000.00 | | |
| | | 1 ☐ Slicer $300.00 | | |
| | | 1 ☐ Walk-in Freezer $5000.00 | | |
| | | ☐ Walk-in Refrigerator | | |
| | | 1 ☐ Warming Unit $1750.00 | | |
| | | Restaurant Equipment/Furnishings: | | |
| | | ☐ Bar | | |
| | | 1 ☐ Bar Sink | | |
| | | 6 ☐ Barstools $600.00 | | |
| | | 1 ☐ Beverage Cooler $0.00 | | |
| | | 144 ☐ Chairs $250.00 | | |
| | | 1 ☐ Computer with Monitor | | |
| | | ☐ Cooler | | |
| | | 2 ☐ Fire Extinquisher | | |
| | | ☐ Hand Sinks | | |
| | | 2 ☐ Keg Tap | | |
| | | 1 ☐ Phone $0.00 | | |
| | | 1 ☐ Printer - Receipt $150.00 | | |
| | | 1 ☐ Printer - Receipt | | |
| | | ☐ Satellite Receiver | | |
| | | ☐ Shelving | | |
| | | ☐ Speed Rack | | |
| | | 31 ☐ Tables $4900.00 | | |
| | | 3 ☐ TV $200.00 | | |
| | | ☐ Water Spout/Ice Bin $450.00 | | |
| | | Patio/Pavillion furnishings: | | |
| | | ☐ Bar Stations | | |
| | | ☐ Chair Dolley | | |
| | | 114 ☐ Chairs $5000.00 | | |
| | | ☐ Scoreboard | | |
| | | ☐ Table Dolley | | |
| | | 10 ☐ Tables $2000.00 | | |
| | | 9 ☐ Umbrellas $400.00 | | |

In re **Shores Properties, L.P.**                    Case No.    **10-34904** _____
                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Cart Storage: | | |
| | | 1☐Ball Washer $250.00 | | |
| | | ☐Dryer | | |
| | | ☐Fire Extinguisher | | |
| | | ☐Ice Machine | | |
| | | 1☐PA System $125.00 | | |
| | | 2☐PA System Speakers $100.00 | | |
| | | ☐Phone | | |
| | | ☐Pressure Washer | | |
| | | ☐Radios | | |
| | | ☐Range Bin | | |
| | | ☐Rental Clubs | | |
| | | ☐Rental Shoes | | |
| | | ☐Shoe Shine Machine | | |
| | | ☐Sink | | |
| | | ☐Storage Rack | | |
| | | ☐Walk-in Refrigerator | | |
| | | ☐Washer | | |
| | | 1☐Air Compressor $250.00 | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Golf carts (75) | | $250,659.00 |
| | | Range picker (1) | | $8,399.00 |
| | | Irrigation equipment | | $175,000.00 |
| 30. Inventory. | | See attached. | | $9,923.57 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

In re **Shores Properties, L.P.**                                    Case No.   **10-34904**

                                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 8*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
| --- | --- | --- | --- | --- |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

                                                    ___8___ continuation sheets attached      **Total  >**      **$806,381.70**
            (Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

In re  **Shores Properties, L.P.**                                    Case No.  **10-34904** _____
                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                               $146,450.*

☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment. | | $0.00 | $0.00 |

In re **Shores Properties, L.P.**  Case No. __10-34904__

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #: **x2929** <br><br> **Hillcrest Bank** <br> **5800 E. Bannister Road** <br> **Suite 125** <br> **Kansas City, MO 63134** | X | DATE INCURRED: <br> NATURE OF LIEN: <br> **Business debt** <br> COLLATERAL: <br> **Business** <br> REMARKS: <br><br> VALUE: **$4,039,396.00** | | | | **$3,957,332.09** | |
| ACCT #: **xxx6242** <br><br> **Textron Financial** <br> **Dept. AT 40219** <br> **Atlanta, GA 31192-0219** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Business debt** <br> COLLATERAL: <br> **75 golf carts** <br> REMARKS: <br><br> VALUE: **$250,659.00** | | | | **$197,061.56** | |
| ACCT #: **xxx2718** <br><br> **Textron Financial Corp.** <br> **Dept. AT 40219** <br> **Atlanta, GA 31192-0219** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Business debt** <br> COLLATERAL: <br> **Maintenance equipment** <br> REMARKS: <br><br> VALUE: **$272,970.08** | | | | **$106,563.31** | |
| ACCT #: **xxx6243** <br><br> **Textron Financial EZ GO** <br> **Dept. AT 40219** <br> **Atlanta, GA 31192-0219** | | DATE INCURRED: <br> NATURE OF LIEN: <br> **Business debt** <br> COLLATERAL: <br> **range picker** <br> REMARKS: <br><br> VALUE: **$8,399.00** | | | | **$7,529.62** | |
| | | Subtotal (Total of this Page) > | | | | **$4,268,486.58** | **$0.00** |
| | | Total (Use only on last page) > | | | | | |

___1___ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

In re **Shores Properties, L.P.**                    Case No. **10-34904**

_____
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**TX Land Finance**<br>**4201 Spring Valley Road**<br>**Suite 1102**<br>**Dallas, TX 75244** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Tax Lien**<br>COLLATERAL:<br>**Business**<br>REMARKS:<br><br>VALUE: **$4,039,396.00** | | | | $120,962.97 | $38,899.06 |
| ACCT #:<br><br>**VGM Financial Lease**<br>**1111 West San Marnan Drive**<br>**Waterloo, IA 50701** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**Business debt**<br>COLLATERAL:<br>**Irrigation equipment**<br>REMARKS:<br><br>VALUE: **$175,000.00** | | | | $68,890.00 | |
| | | | | | | | |
| | | | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $189,852.97 | $38,899.06 |
| Total (Use only on last page) > | $4,458,339.55 | $38,899.06 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/10)

In re **Shores Properties, L.P.**                                      Case No.  __10-34904__
                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____continuation sheets attached

In re **Shores Properties, L.P.**                                   Case No. __10-34904_____
                                                                           (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Internal Revenue Service**<br>**PO Box 105273**<br>**Atlanta, GA 30348-5273** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | X | $59,136.59 | $59,136.59 | $0.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | Subtotals (Totals of this page) > | $59,136.59 | $59,136.59 | $0.00 |
|---|---|---|---|---|
| | Total ><br>(Use only on last page of the completed Schedule E.<br>Report also on the Summary of Schedules.) | $59,136.59 | | |
| | Totals ><br>(Use only on last page of the completed Schedule E.<br>If applicable, report also on the Statistical Summary<br>of Certain Liabilities and Related Data.) | | $59,136.59 | $0.00 |

In re __Shores Properties, L.P.__                    Case No. __10-34904__
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br>**49ER Country Club** <br>12000 E Tanque Vede Rd. <br>Tucson, AZ 85749 | | DATE INCURRED: <br>CONSIDERATION: <br>**Business debt** <br>REMARKS: | | | | $2,821.79 |
| ACCT #:  **xxxxHO-TX** <br>**Accuproducts Intl'l Food** <br>7836 Bethel Church Road <br>Daline, MI 48176 | | DATE INCURRED: <br>CONSIDERATION: <br>**Unsecured Debt** <br>REMARKS: | | | | $207.97 |
| ACCT #:  **xxx91-01** <br>**Addison Law Firm** <br>14901 Quorum Drive, Suite 650 <br>Dallas, TX 75240 | | DATE INCURRED: <br>CONSIDERATION: <br>**Attorney Fees** <br>REMARKS: | | | | $1,329.53 |
| ACCT #:  **xxxxx1104** <br>**Admiral Linen & Uniform Service** <br>1340 E. Berry Street <br>Fort Worth, TX 76119 | | DATE INCURRED: <br>CONSIDERATION: <br>**Unsecured Debt** <br>REMARKS: | | | X | $8,703.66 |
| ACCT #:  **xxO018** <br>**Ahead** <br>2770 Samuel barnet Blvd. <br>New Bedford, MA 02745 | | DATE INCURRED: <br>CONSIDERATION: <br>**Unsecured Debt** <br>REMARKS: | | | | $1,089.44 |
| ACCT #:  **x-xxxx-xxx5876** <br>**Allied Waste 15876** <br>1450 E. Cleveland Road <br>Hutchins, TX 75141 | | DATE INCURRED: <br>CONSIDERATION: <br>**Unsecured Debt** <br>REMARKS: | | | X | $7,349.67 |
| | | | | Subtotal > | | $21,502.06 |
| | | | | Total > <br>(Use only on last page of the completed Schedule F.) <br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

_____13_____ continuation sheets attached

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**ASCAP**<br>**21678 Network Pl.**<br>**Chicago, IL 60673-1216** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $513.34 |
| ACCT #:  **xxx-xxx-xxxx-281-0**<br>**AT&T**<br>**ATT Business Billing**<br>**14575 Presidio**<br>**Houston, TX 77083** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $107.20 |
| ACCT #:  **xx-xxxxxxxxx-xxxx354-9**<br>**Atmos Energy**<br>**PO Box 78108**<br>**Phoenix, AZ 85062-8108** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $199.21 |
| ACCT #:  **xx-xxxxxxxxx-xxxx164-2**<br>**Atmos Energy**<br>**PO Box 78108**<br>**Phoenix, AZ 85062-8108** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $159.09 |
| ACCT #:<br>**Canda Hills Golf Club**<br>**1401 Calle Urbano**<br>**Green Valley, AZ 85622** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | X | $7,746.39 |
| ACCT #:  **x4981**<br>**Cbeyond Communications**<br>**320 Interstate North Parkway SE**<br>**Suite 300**<br>**Atlanta, GA 30339** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | X | $2,104.30 |

Sheet no. ____1____ of ____13____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$10,829.53**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Centurion Financial** <br> **1250 4th St.** <br> **Suite 550** <br> **Santa Monica, CA 90401** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | | $126,000.00 |
| ACCT #:  **xxxx xx xxx xxx7379** <br> **Charter Communications** <br> **920 Whitmore** <br> **Rockwall, TX 75087** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | | $162.47 |
| ACCT #:  **xxxxx2841** <br> **City of Dallas** <br> **City Hall, 1AN** <br> **Dallas, TX 75277** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | X | $21,378.93 |
| ACCT #: <br> **City of Rockwall** <br> **Attn:  Julie Couch** <br> **385 South Goliad St.** <br> **Rockwall, TX 75087** | | DATE INCURRED: <br> CONSIDERATION: <br> **Lease of property with the city** <br> REMARKS: | | | | $2,867.41 |
| ACCT #: <br> **City of Rockwall Health Department** <br> **385 S Goliad** <br> **Rockwall, TX 75087** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | | $300.00 |
| ACCT #: <br> **City of Rockwall Lease Payments** <br> **108 E Washington** <br> **Rockwall, TX 75087** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | X | $8,333.34 |

Sheet no. ____2____ of ____13____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$159,042.15**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **9549**<br>**Cleveland Golf**<br>**PO Box 7270**<br>**Newport Beach, CA 92658-7270** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | X | $6,614.60 |
| ACCT #:<br>**CT Corporation System**<br>**1250 Fourth Street #550**<br>**Santa Monica, CA 90401** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $405.00 |
| ACCT #:  **x6910**<br>**Dallas Athletic Club**<br>**PO Box 570808**<br>**Dallas, TX 75357** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $164.19 |
| ACCT #:  **0336**<br>**Dallas Security Systems Inc.**<br>**10731 Rockwall Road**<br>**Dallas, TX 75238** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $311.85 |
| ACCT #:<br>**Double Creeks**<br>**The Golf Club at Twin Creeks**<br>**501 Twin Creeks Drive**<br>**Allen, TX 75013** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | X | $985,295.53 |
| ACCT #:  **xxxxx2632**<br>**Ecolab**<br>**PO Box 70343**<br>**Chicago, IL 60673-0343** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $1,489.40 |

Sheet no. ____3____ of ____13____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$994,280.57**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Edward White & Co LLP**<br>**21700 Oxnard Street, Suite 400**<br>**Woodland Hills, CA 91367** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $611.19 |
| ACCT #:<br>**Forefront**<br>**PO Box 640870**<br>**Cincinnati, OH 45264-0870** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $145.77 |
| ACCT #:<br>**Golf Design Scorecards Unlimited**<br>**670 Lakeview Plaza, Suite N**<br>**Worthington, OH 43085** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $1,214.94 |
| ACCT #:  **xx0149**<br>**Golf Ventures West**<br>**2126 E Edgewood Drive, Suite 3**<br>**Lakeland, FL 33803** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | X | $6,222.26 |
| ACCT #:  **x1920**<br>**Golfnet**<br>**5 Dowd Circle, Suite B**<br>**Pinehurst, NC 28374** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $2,650.02 |
| ACCT #:  **xxx xxx1919**<br>**Gordon & Rees, LLP**<br>**275 Battery Street, 20th Floor**<br>**San Francisco, CA 94111** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | X | $62,195.42 |

Sheet no. ____4____ of ____13____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$73,039.60**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Highland Creek Golf Club**<br>**7101 Hiighland Creek Parkway**<br>**Charlotte, NC 28269** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | X | $682,819.54 |
| ACCT #:  **xxxxxxxxxx xxxx xxxxxx0013**<br>**Hudson Energy**<br>**Lockbox 841812**<br>**1950 N. Stemmons Freeway**<br>**Dallas, TX 75207** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | X | $6,677.94 |
| ACCT #:  **xxxxxx0010**<br>**Idea Art**<br>**PO Box 2933**<br>**Colorado Springs, CO 80901** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $32.38 |
| ACCT #:  **xxORES**<br>**Info-Hold, Inc.**<br>**4120 Airport Road**<br>**Cincinnati, OH 45226** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $1,597.47 |
| ACCT #:  **xxx_xHORE**<br>**Integrated Business Systems, Inc.**<br>**12201 Gayton Road, Suite 100**<br>**Richmond, VA 23238** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | X | | $10,939.26 |
| ACCT #:<br>**IRI Golf Group Management**<br>**11512 El Camino Real, Suite 120**<br>**San Diego, CA 92130** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | X | | $59,336.50 |

Sheet no. ___5___ of ___13___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                        Subtotal >   **$761,403.09**

                                                        Total >
                          (Use only on last page of the completed Schedule F.)
              (Report also on Summary of Schedules and, if applicable, on the
                 Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**IRI Golf Management**<br>**11512 El Camino Real**<br>**Suite 120**<br>**San Diego, CA 92130** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | | $25,549.00 |
| ACCT #:<br>**IRI Golf Management**<br>**11512 El Camino Real**<br>**Suite 120**<br>**San Diego, CA 92130** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | X | $171,055.48 |
| ACCT #:<br>**IRI Sabino Springs**<br>**9777 E. SAbino Greens Drive**<br>**Tucson, AZ 85749** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | X | $148,741.10 |
| ACCT #:  **x0401**<br>**ISI Commercial Refrigeration**<br>**PO Box 569060**<br>**Dallas, TX 75356-9060** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $90.94 |
| ACCT #:  **x0410**<br>**ISI Commercial Refrigeration**<br>**PO Box 569060**<br>**Dallas, TX 75356-9060** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $149.36 |
| ACCT #:  **x6725**<br>**ISI Commercial Refrigeration, LP**<br>**PO Box 569060**<br>**Dallas, TX 75356-9060** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $379.36 |

Sheet no. _____**6**_____ of _____**13**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$345,965.24**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Jeff Silverstein** <br> **11512 El Camino Real** <br> **Suite 120** <br> **San Diego, CA 92130** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | | $70,851.00 |
| ACCT #: <br> **Lakeview Power** <br> **3902 Lakeview Parkway** <br> **Rowlett, TX 75088** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | | $1,618.34 |
| ACCT #:  **xxx-xxx-8575** <br> **Letco** <br> **1520 E I-30** <br> **Rockwall, TX 75087** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | | $322.59 |
| ACCT #:  **xx7724** <br> **Liquid Environment Solutions** <br> **11301 Newkirk Street** <br> **Dallas, TX 75229-3202** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | | $1,282.75 |
| ACCT #:  **xxxx3046** <br> **Mantek** <br> **PO Box 971269** <br> **Dallas, TX 75398-1269** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | | $162.71 |
| ACCT #: <br> **Martin Preferred Foods** <br> **PO box 4346, Dept 170** <br> **Houston, TX 77210-4346** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | | $1,244.79 |

Sheet no. _____7_____ of _____13_____ continuation sheets attached to                          **Subtotal >**          **$75,482.18**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                       **Total >**
                                                **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **Merchant Advance Funding** <br> **220 5th Avenue, Suite 400** <br> **New York, NY 10001** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | X | $38,511.19 |
| ACCT #:  **xxxx-x0000** <br> **Metro Linen Company** <br> **PO Box 978** <br> **McKinney, TX 75070** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | | $1,639.58 |
| ACCT #: <br> **Neese Material** <br> **21146 Metwork Place** <br> **Chicago, IL 60673** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | | $397.19 |
| ACCT #:  **x7952** <br> **Netbank Businesws Finance** <br> **1919 South Shiloh Road #312** <br> **LB 2** <br> **Garland, TX 75042** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | X | $3,035.12 |
| ACCT #:  **xx9262** <br> **Nike USA, Inc.** <br> **PO Box 847648** <br> **Dallas, TX 75284.7648** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | X | $9,347.27 |
| ACCT #: <br> **Oakridge County Club** <br> **2800 Diamond Oaks Drive** <br> **Garland, TX 75044** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | X | $168,950.57 |

Sheet no. ____**8**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$221,880.92**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx6504**<br>**PFG/NAT City-LWNMWR#533650004**<br>**995 Dalton Avenue**<br>**Cincinnati, OH 45203** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | X | $1,996.60 |
| ACCT #:<br>**Professional Backflow Testing**<br>**5068 Avery Lane**<br>**The Colony, TX 75087** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $213.34 |
| ACCT #:<br>**Raven at South Mountain**<br>**3636 E. Baseline Road**<br>**Phoenix, AZ 85042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | X | $70,570.00 |
| ACCT #:<br>**Real Estate Tax Consultants**<br>**3325 Silverstone Drive**<br>**Plano, TX 75023** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | X | $33,096.44 |
| ACCT #:  **xx2757**<br>**Regal Chemical Co., Inc.**<br>**PO Box 403368**<br>**Atlanta, GA 30384-3368** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | X | $46,473.57 |
| ACCT #:  **xx5785**<br>**Rockwall Central - Pers. Prop. Tax**<br>**Rockwall County Tax Office**<br>**101 S. Fannin**<br>**Rockwall, TX 75087** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | $8,829.23 |

Sheet no. ____**9**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$161,179.18**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

In re **Shores Properties, L.P.**  Case No.  **10-34904**
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **San Ignacio Golf Club** <br> **4201 S. Camino Del Sol** <br> **Green Valley, AZ 85622** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | X | $24,821.52 |
| ACCT #:  **xxxx-x306-0** <br> **Sherwin Williams Co** <br> **2007 South Goliad Street** <br> **Rockwall, TX 75087** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | | $464.15 |
| ACCT #: <br> **Skybrook Golf Club** <br> **14720 Northgreen Drive** <br> **Huntersville, NC 28078** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | X | $28,863.74 |
| ACCT #: <br> **Source Data Solutions** <br> **4425 W Airport Freeway, Suite 550** <br> **Irving, TX 75062** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | | $1,655.77 |
| ACCT #: <br> **State Comptroller** <br> **PO Box 149348** <br> **Austin, TX 78714-9348** | | DATE INCURRED: <br> CONSIDERATION: <br> **Unsecured Debt** <br> REMARKS: | | | X | $25,036.24 |
| ACCT #: <br> **Sun Willows Golf Course** <br> **2535 N. 20th Avenue** <br> **Pasco, WA 99301** | | DATE INCURRED: <br> CONSIDERATION: <br> **Business debt** <br> REMARKS: | | | X | $61,935.33 |

Sheet no. __**10**__ of __**13**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$142,776.75**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx1917**<br>**Sysco Food Services of Dallas**<br>**PO Box 560700**<br>**Attn: Brian**<br>**Lewisville, TX 75056-0700** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | X | $11,667.75 |
| ACCT #:<br>**Technical Consulting Resources**<br>**3401 Cuter Road, Suite 133**<br>**Plano, TX 75023** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $270.62 |
| ACCT #:  **xx8800**<br>**Terminix**<br>**2540 Plano Parkway, Suite 126B**<br>**Plano, TX 75074** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $349.64 |
| ACCT #:<br>**Texas Land Finance Company II**<br>**4201 Spring Valley Road #1102**<br>**Dallas, TX 75244** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | X | $4,216.68 |
| ACCT #:  **xx1744**<br>**Texas Refinery corp**<br>**PO Box 711**<br>**Ft Worth, TX 76101** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $26.40 |
| ACCT #:<br>**Textron Financial/EZ-Go Textron**<br>**1451 Marvin Griffin Road**<br>**Augusta, GA 30906** | | DATE INCURRED:<br>CONSIDERATION:<br>**Cart fleet and equipment leases**<br>REMARKS: | | | | $33,940.30 |

Sheet no. ____11____ of ____13____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$50,471.39**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**The Divide Golf Club**<br>**6803 Stevens Mill Road**<br>**Matthews, NC**<br>**28104** | | DATE INCURRED:<br>CONSIDERATION:<br>**Business debt**<br>REMARKS: | | | X | $4,018.83 |
| ACCT #:<br>**The Shores on Lake Ray Hubbard**<br>**Owners Association, Inc.**<br>**c/o Hillwood Shores, LP**<br>**17480 Dallas Parkway, Ste. 200**<br>**Dallas, TX 75287** | | DATE INCURRED:<br>CONSIDERATION:<br>**Membership agreement to HOA**<br>REMARKS: | | | | **Unknown** |
| ACCT #:<br>**Trout Plumbing**<br>**PO Box 816**<br>**Royse City, TX 75189** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $305.28 |
| ACCT #:<br>**Twin Creeks**<br>**501 Twin Creeks Drive**<br>**Allen, TX 75013** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $3,182.70 |
| ACCT #:  **SCR**<br>**Unicard**<br>**5340 Alpha Road**<br>**Dallas, TX 75240** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $741.40 |
| ACCT #:  **xx8E76**<br>**United Parcel Service 8E8E76**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $154.15 |

Sheet no. ____**12**____ of _____**13**_____ continuation sheets attached to        Subtotal >        **$8,402.36**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx7974**<br>**Viteconline**<br>**PO Box 678287**<br>**Dallas, TX 75267** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $639.67 |
| ACCT #:<br>**Waterbourne Pumps**<br>**PO Box 922**<br>**Rockwall, TX 75087** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $118.28 |
| ACCT #:<br>**WeScanIDs**<br>**4425 W Airport Freeway, Suite 550**<br>**Irving, TX 75062** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $2,070.14 |
| ACCT #:  **xx0835**<br>**Wittek Golf Supply**<br>**3865 Commercial Avenue**<br>**Northbrook, IL 60062** | | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured Debt**<br>REMARKS: | | | | $381.57 |
| | | | | | | |
| | | | | | | |

Sheet no. ____**13**____ of ____**13**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**  $3,209.66

**Total >**  $3,029,464.68
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **City of Rockwall**<br>Attn:  Julie Couch<br>385 South Goliad St.<br>Rockwall, TX 75087 | Lease of property with the city<br>Contract to be ASSUMED |
| **Hillcrest Bank**<br>11111 West 95th St.<br>Overland Park, KS 66214 | Property<br>Contract to be ASSUMED |
| **Premier Communities Management Co.**<br>3102 Oak Lawn Avenue<br>Suite 202<br>Dallas, TX 75219 | Repair, excrow & settlement agreement<br>Contract to be ASSUMED |
| **Textron Financial/EZ-Go Textron**<br>1451 Marvin Griffin Road<br>Augusta, GA 30906 | Cart fleet and equipment leases<br>Contract to be ASSUMED |
| **The Shores on Lake Ray Hubbard**<br>Owners Association, Inc.<br>c/o Hillwood Shores, LP<br>17480 Dallas Parkway, Ste. 200<br>Dallas, TX 75287 | Membership agreement to HOA<br>Contract to be ASSUMED |

In re  **Shores Properties, L.P.**                              Case No.   __10-34904__
                                                                                  (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Helaine Silverstein**<br>3135 Via Pasada Del Norte<br>Rancho Santa Fe, CA 92067 | **Hillcrest Bank**<br>5800 E. Bannister Road<br>Suite 125<br>Kansas City, MO 63134 |
| **Jeff Silverstein**<br>3135 Via Pasada Del Norte<br>Rancho Santa Fe, CA 92067 | **Hillcrest Bank**<br>5800 E. Bannister Road<br>Suite 125<br>Kansas City, MO 63134 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

In re **Shores Properties, L.P.**                    Case No.    **10-34904**

                              Chapter    **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $4,039,396.00 | | |
| B - Personal Property | Yes | 9 | $806,381.70 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $4,458,339.55 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $59,136.59 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 14 | | $3,029,464.68 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 30 | $4,845,777.70 | $7,546,940.82 | |

In re  **Shores Properties, L.P.**                                                                          Case No.    **10-34904**
                                                                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Partnership**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**32**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date  **08/05/2010**_____          Signature  **/s/ Jeff Silverstein**_____
                                                                             **Jeff Silverstein**
                                                                             **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*