**JOYCE W. LINDAUER**
Attorney at Law
8140 Walnut Hill Lane
Suite 301
Dallas, Texas 75231
**PH (972) 239-9055**
**FAX (972) 239-9886**
**Attorneys for Debtor-In-Possession**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SHORES PROPERTIES, L.P. | § | CASE NO: 10-34904-SGJ-11 |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |

## DEBTOR'S MOTION TO REJECT
## EQUIPMENT LEASE

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPCTY COURT AND SERVED UPON THE PART FILING THIS PLEADING WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE, IF NO RESPONSE IS TIMELY SERVED AND FILED, THIS PLEADING SHALL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING. THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:**

COMES NOW Shores Properties, L.P., Debtor (the "Debtor") in the above-styled and numbered bankruptcy proceeding and files this the Debtor's Motion to Reject Equipment Lease, and would respectfully show the Court as follows:

1. The Debtor filed a voluntary petition under Chapter 11 Title 11, of the United States Bankruptcy Code on July 12, 2010. The debtor is operating its business as debtor-in-

possession. No Trustee has been appointed in this case.

2. The Debtor entered into an equipment lease with Textron Financial (the "Lease") for a golf cart fleet and equipment.

3. In the Debtor's best business judgment it desires to reject the Lease.

4. The Debtor requests that the Court enter an order approving the rejection of the Lease.

WHEREFORE, PREMISES CONSIDERED the Debtor requests that the rejection of the Lease be approved as set forth herein and for such other and further relief to which the Debtor may show itself entitled.

Dated: September 28, 2010

                                                Respectfully submitted,

                                                Joyce W. Lindauer
                                                Attorney at Law
                                                8140 Walnut Hill Lane
                                                Suite 301
                                                Dallas, TX 75231
                                                (972) 239-9055
                                                (972) 239-9886 Fax
                                                ATTORNEY FOR DEBTOR-IN-POSSESSION

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 28, 2010 a true and correct copy of the foregoing Motion was sent by electronic filing to those persons receiving electronic notice or First Class US mail to those persons on the attached mailing matrix.

                                                    /s/ Joyce W. Lindauer
                                                    Joyce W. Lindauer

Case 10-34904-sgj11    Doc 52    Filed 09/28/10    Entered 09/28/10 12:30:35    Desc Main
Document    Page 3 of 3