**Joyce W. Lindauer**
**8140 Walnut Hill Lane**
**Suite 301**
**Dallas, TX 75231**
**(972) 503-4033 -Telephone**
**(972) 503-4034 - Facsimile**
**ATTORNEY FOR DEBTOR**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| SHORES PROPERTIES, L.P. § | CASE NO: 10-34904-SGJ-11 |
| § | |
| DEBTOR. § | CHAPTER 11 |
| § | |

### NOTICE OF WITHDRAWAL OF FIRST DISCLOSURE STATEMENT

**TO THE UNITED STATES BANKRUPTCY COURT**:

COMES NOW, Shores Properties, L.P., Debtor in the above-styled and numbered bankruptcy case and files this its Notice of Withdrawal of First Disclosure Statement [docket no. 55] and would show the Court that the Debtor no longer desires to pursue the Disclosure Statement.

DATED: November 18, 2010

    Respectfully Submitted

    Joyce W. Lindauer
    8140 Walnut Hill Lane
    Suite 301
    Dallas, TX 75231
    (972) 503-4033
    (972) 503-4034

    /s/ Joyce W. Lindauer
    Joyce W. Lindauer
    SBN: 21555700

    ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

 I hereby certify that on the 18th day of November, 2010, a true and correct copy of the foregoing document was sent by electronic filing to those persons requesting notice by electronic filing in this case and by first class U.S. Mail to those persons on the attached service list.

              /s/ Joyce W. Lindauer
              Joyce W. Lindauer