| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 10-34904-sgj11<br>Northern District of Texas<br>Dallas<br>Mon Nov  1 10:44:03 CDT 2010 | TCF Equipment Finance, Inc<br>Attn: Stephanie Schreiber<br>111000 Wayzata Blvd.<br>Suite 901<br>Minnetonka, MN 55305 | Texas Comptroller of Public Accounts<br>Jason Starks<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | 49ER Country Club<br>12000 E Tanque Vede Rd.<br>Tucson, AZ 85749-9728 | ASCAP<br>21678 Network Pl.<br>Chicago, IL 60673-0001 |
| AT & T<br>AT & T Business Billing<br>14575 Presidio<br>Houston, TX 77083 | ATMOS ENERGY CORPORATION<br>ATTN: BANKRUPTCY GROUP<br>PO BOX 650205<br>DALLAS TX  75265-0205 | Accuproducts Intll Food<br>7836 Bethel Church Road<br>Daline, MI 48176-9732 |
| Addison Law Firm<br>14901 Quorum Drive, Suite 650<br>Dallas, TX 75254-6760 | Admiral Linen & Uniform Service<br>1340 E. Berry Street<br>Fort Worth, TX 76119-3003 | Ahead, Inc.<br>270 Samuel Barnet Blvd.<br>New Bedford, MA 02745-1219 |
| Allied Waste 15876<br>1450 E. Cleveland Road<br>Hutchins, TX 75141-4004 | Atmos Energy<br>PO Box 78108<br>Phoenix, AZ 85062-8108 | Attorney General of Texas<br>Bankruptcy Division<br>P O Box 12548<br>Austin, TX 78711-2548 |
| CT Corporation System<br>1250 Fourth Street No. 550<br>Santa Monica, CA 90401-1418 | Canda Hills Golf Club<br>1401 Calle Urbano<br>Green Valley, AZ 85622 | Cbeyond Communications<br>320 Interstate North Parkway SE<br>Suite 300<br>Atlanta, GA 30339-2205 |
| Centurion Financial<br>1250 4th St.<br>Suite 550<br>Santa Monica, CA 90401-1418 | Charter Communications<br>920 Whitmore<br>Rockwall, TX 75087-4909 | (p)CITY OF DALLAS<br>C O CITY SECRETARYS OFFICE<br>DALLAS CITY HALL<br>1500 MARILLA STREET<br>ROOM 5D SOUTH<br>DALLAS TX 75201-6390 |
| City of Rockwall<br>Attn:  Julie Couch<br>385 South Goliad St.<br>Rockwall, TX 75087-3737 | City of Rockwall Health Department<br>385 S Goliad<br>Rockwall, TX 75087-3737 | City of Rockwall Lease Payments<br>108 E Washington<br>Rockwall, TX 75087-3715 |
| Cleveland Golf<br>PO Box 7270<br>Newport Beach, CA 92658-7270 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Dallas Athletic Club<br>PO Box 570808<br>Dallas, TX 75357-0808 |
| Dallas Security Systems Inc.<br>10731 Rockwall Road<br>Dallas, TX 75238-1219 | Dallas Security Systems Inc.<br>Attn: Terri Anderson<br>PO Box 550939<br>Dallas, TX 75355-0939 | Double Creeks<br>The Golf Club at Twin Creeks<br>501 Twin Creeks Drive<br>Allen, TX 75013-5476 |

| | | |
|---|---|---|
| EZ GO Division of Textron<br>26007 Network Place<br>Chicago, IL 60673-0001 | Ecolab Inc.<br>655 Lone Oak Drive<br>Eagan, MN 55121-1649 | Edward White & Co LLP<br>21700 Oxnard Street, Suite 400<br>Woodland Hills, CA 91367-3692 |
| Forefront<br>PO Box 640870<br>Cincinnati, OH 45264-0870 | Golf Design Scorecards Unlimited<br>670 Lakeview Plaza, Suite N<br>Worthington, OH 43085-4783 | Golf Ventures West<br>2126 E Edgewood Drive, Suite 3<br>Lakeland, FL 33803-3636 |
| Golfnet<br>5 Dowd Circle, Suite B<br>Pinehurst, NC 28374-7901 | Gordon & Rees, LLP<br>Attn: Credit Collections Manager<br>275 Battery Street, 20th Floor<br>San Francisco, CA 94111-3367 | Helaine Silverstein<br>3135 Via Pasada Del Norte<br>Rancho Santa Fe, CA 92067 |
| Highland Creek Golf Club<br>7101 Hiighland Creek Parkway<br>Charlotte, NC 28269-0643 | Hillcrest Bank<br>11111 W. 95th St.<br>Overland Park, KA 66214-1800 | Hillcrest Bank<br>11111 West 95th St.<br>Overland Park, KS 66214-1800 |
| Hillcrest Bank<br>5800 E. Bannister Road<br>Suite 125<br>Kansas City, MO 64134-1190 | Hudson Energy<br>Lockbox 841812<br>1950 N. Stemmons Freeway<br>Dallas, TX 75207-3134 | IRI Golf Group Management<br>11512 El Camino Real, Suite 120<br>San Diego, CA 92130-2087 |
| IRI Golf Management<br>11512 El Camino Real<br>Suite 120<br>San Diego, CA 92130-2087 | IRI Sabino Springs<br>9777 E. SAbino Greens Drive<br>Tucson, AZ 85749-9152 | ISI Commercial Refrigeration, Inc.<br>Attn: Jeff Weber<br>PO Box 569060<br>Dallas, TX 75356-9060 |
| ISI Commercial Refrigeration, LP<br>PO Box 569060<br>Dallas, TX 75356-9060 | Idea Art<br>PO Box 2933<br>Colorado Springs, CO 80901-2933 | Info-Hold, Inc.<br>Attn: Monica Thatcher<br>4120 Airport Road<br>Cincinnati, OH 45226-1644 |
| Integrated Business Systems, Inc.<br>12201 Gayton Road, Suite 100<br>Richmond, VA 23238-8203 | Internal Revenue Service<br>PO Box 105273<br>Atlanta, GA 30348-5273 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Jason A. Starks<br>Assistant Attorney General<br>Bankruptcy & Collections Division<br>PO Box 12548<br>Austin, TX 78711 2548 | Jeff Silverstein<br>11512 El Camino Real<br>Suite 120<br>San Diego, CA 92130-2087 | Lakeview Power<br>3902 Lakeview Parkway<br>Rowlett, TX 75088-4013 |
| Letco<br>1520 E I-30<br>Rockwall, TX 75087-6235 | Liquid Environment Solutions<br>11301 Newkirk Street<br>Dallas, TX 75229-3202 | Mantek<br>PO Box 971269<br>Dallas, TX 75398-1269 |

| | | |
|---|---|---|
| Martin Preferred Foods<br>PO box 4346, Dept 170<br>Houston, TX 77210-4346 | Merchant Advance Funding<br>220 5th Avenue, Suite 400<br>New York, NY 10001-7708 | Metro Linen Company<br>PO Box 978<br>McKinney, TX 75070-8146 |
| Ms. Stephanie Schreiber<br>TCF Equipment Finance, Inc.<br>111000 Wayzata Blvd., Suite 801<br>Minnetonka, MN 55305 | Neese Material<br>21146 Metwork Place<br>Chicago, IL 60673-0001 | Netbank Businesws Finance<br>1919 South Shiloh Road No. 312<br>LB 2<br>Garland, TX 75042-8900 |
| Nike USA, Inc.<br>PO Box 847648<br>Dallas, TX 75284.7648 | Oakridge County Club<br>2800 Diamond Oaks Drive<br>Garland, TX 75044-6999 | Orbit Enterprises, Inc.<br>13024 Beverly Park Road No. 102<br>Mukilteo, WA 98275-5857 |
| PFG-National City - LWNMWR<br>No. 533650004<br>995 Dalton Avenue<br>Cincinnati, OH 45203-1101 | Poolside Service and Repair<br>2115 Crestlake Drive<br>Rockwall, TX 75087-2391 | Premier Communities Management Co.<br>3102 Oak Lawn Avenue<br>Suite 202<br>Dallas, TX 75219-6400 |
| Professional Backflow Testing<br>5068 Avery Lane<br>The Colony, TX 75056-2338 | RETC, Limited Partnership<br>P.O. Box 865041<br>Plano, TX 75086-5041 | Raven at South Mountain<br>3636 E. Baseline Road<br>Phoenix, AZ 85042-7214 |
| Real Estate Tax Consultants<br>3325 Silverstone Drive<br>Plano, TX 75023-7882 | Regal Chemical Co., Inc.<br>PO Box 403368<br>Atlanta, GA 30384-3368 | Rockwall CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie Spindler Huffman<br>2323 Bryan Street Ste 1600<br>Dallas, Texas 75201-2644 |
| Rockwall Central - Pers. Prop. Tax<br>Rockwall County Tax Office<br>101 S. Fannin<br>Rockwall, TX 75087-3775 | Rockwall County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Laurie Spindler Huffman<br>2323 Bryan Street Ste 1600<br>Dallas, Texas 75201-2644 | San Ignacio Golf Club<br>4201 S. Camino Del Sol<br>Green Valley, AZ 85622-5086 |
| Sherwin Williams Co<br>2007 South Goliad Street<br>Rockwall, TX 75087-4801 | Shores Properties, L.P.<br>11512 El Camino Real<br>Suite 120<br>San Diego, CA 92130-2087 | Skybrook Golf Club<br>14720 Northgreen Drive<br>Huntersville, NC 28078-2613 |
| Source Data Solutions<br>4425 W Airport Freeway, Suite 550<br>Irving, TX 75062-5800 | State Comptroller of Public Accounts<br>PO Box 149348<br>Austin, TX 78714-9348 | Sun Willows Golf Course<br>2535 N. 20th Avenue<br>Pasco, WA 99301-3392 |
| Susan B. Hersh<br>SUSAN B. HERSH, P.C.<br>12770 Coit Road, Suite 1100<br>Dallas, TX 75251-1329 | Sysco Food Services of Dallas<br>Attn: Brian<br>PO Box 560700<br>Lewisville, TX 75056-0700 | Technical Consulting Resources<br>3401 Cuter Road, Suite 133<br>Plano, TX 75023-7553 |

| | | |
|---|---|---|
| Terminix<br>2540 Plano Parkway, Suite 126B<br>Plano, TX 75074-7476 | Texas Land Finance Company II<br>4201 Spring Valley Road No. 1102<br>Dallas, TX 75244-3619 | Texas Refinery corp<br>PO Box 711<br>Ft Worth, TX 76101-0711 |
| Texas Workforce Commission<br>101 E. 15th St.<br>Austin, TX 78778-0001 | Textron Financial - EZ-Go Textron<br>1451 Marvin Griffin Road<br>Augusta, GA 30906-3852 | Textron Financial Corp.<br>Dept. AT 40219<br>Atlanta, GA 31192-0219 |
| Textron Financial EZ GO<br>Dept. AT 40219<br>Atlanta, GA 31192-0219 | The Divide Golf Club<br>6803 Stevens Mill Road<br>Matthews, NC 28104-2912 | The Shores on Lake Ray Hubbard<br>Owners Association, Inc.<br>CO Hillwood Shores, LP<br>17480 Dallas Parkway, Ste. 200<br>Dallas, TX 75287-7304 |
| Trout Plumbing<br>PO Box 816<br>Royse City, TX 75189-0816 | Twin Creeks<br>501 Twin Creeks Drive<br>Allen, TX 75013-5476 | U. S. Attorney<br>Main Justice Bldg.<br>10th St. & Pennsylvania Ave. NW<br>Washington, DC 20530-0001 |
| Unicard<br>5340 Alpha Road<br>Dallas, TX 75240-1389 | United Parcel Service 8E8E76<br>Lockbox 577<br>Carol Stream, IL 60132-0001 | VGM Financial Lease<br>1111 West San Marnan Drive<br>Waterloo, IA 50701-9007 |
| Viteconline<br>PO Box 678287<br>Dallas, TX 75267-8287 | Waterbourne Pumps<br>PO Box 922<br>Rockwall, TX 75087-0922 | WeScanIDs<br>4425 W Airport Freeway, Suite 550<br>Irving, TX 75062-5800 |
| Wittek Golf Supply<br>3865 Commercial Avenue<br>Northbrook, IL 60062-1826 | Joyce W. Lindauer<br>Joyce W. Lindauer, Attorney at Law<br>8140 Walnut Hill Lane, Suite 301<br>Dallas, TX 75231-4328 | Kerry Simmons<br>8140 Walnut Hill Lane<br>Suite 301<br>Dallas, TX 75231-4328 |
| UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City of Dallas<br>City Hall, 1AN<br>Dallas, TX 75277 | (d)City of Dallas<br>c/o Mark Baggett<br>Assistant City Attorney<br>1500 Marilla Street, 7BN<br>Dallas, TX  75201 | Comptroller of Public Accounts<br>Revenue Acct. Div-Bankruptcy Sec<br>PO Box 13528<br>Austin, TX 78711 |

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)City of Rockwall                    (u)Rockwall CAD                    (u)Rockwall County

End of Label Matrix
Mailable recipients    111
Bypassed recipients      3
Total                  114