Joyce W. Lindauer
8140 Walnut Hill Lane, Suite 301
Dallas, Texas  75231
(972) 503-4033
(972) 503-4034 fax

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SHORES PROPERTIES, L.P. | § | CASE NO: 10-34904-SGJ-11 |
| | § | CHAPTER 11 |
| DEBTOR. | § | |
| | § | Hearing: February 10, 2011 at 9:30 am |

**NOTICE OF HEARING ON MOTION TO CONVERT CASE FROM CHAPTER 11 TO CHAPTER 7**

PLEASE BE ADVISED that the hearing on the Motion to Convert Case From Chapter 11 to Chapter 7 will be heard by the Honorable Judge Stacey G.C. Jernigan on February 10, 2011 at 9:30 am at 1100 Commerce Street, 14th Floor, Dallas, Texas, 75242.

Respectfully Submitted,

**/s/Joyce W. Lindauer**
Joyce W. Lindauer
8140 Walnut Hill Lane, Suite 301
Dallas, Texas  75231
(972) 503-4033
(972) 503-4034 fax

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the Notice of Hearing on Disclosure Statement was on this January 12, 2011 forwarded to the following parties:

Attached Mailing Matrix

**/s/Joyce W. Lindauer**
Joyce W. Lindauer